IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re Nexium (Esomeprazole) Antitrust Litigation<br><br>MDL No. 2409<br>Civil Action No. 1:12-md-02409-WGY | )<br>)<br>)<br>)<br>) MDL Pending in<br>) The United States District Court for the<br>) District of Massachusetts<br>)<br>)<br>) Miscellaneous Action No. 14mc220<br>)<br>) |

**PRAECIPE TO WITHDRAW *MOTION TO QUASH SUBPOENAS***

TO THE CLERK:

Non-party movants Errol B. Taylor and Fredrick M. Zullow hereby withdraw, without prejudice, their *Motion to Quash Subpoenas* filed with this Court on September 10, 2014, and docketed in the above-matter as Document No. 1 on September 11, 2014. The parties issuing the trial subpoenas in dispute have withdrawn the subpoenas and, as such, the issue is now moot. Movants therefore withdraw, without prejudice, their *Motion to Quash Subpoenas Directed to Non-Parties Errol B. Taylor and Fredrick M. Zullow*.

DATED: September 15, 2014

                                                **LeVAN LAW GROUP LLC**

                                        By: _____
                                                Peter H. LeVan, Jr. (PA Atty No. 83456)
                                                One Logan Square – 27th Floor
                                                Philadelphia, PA 19103-6933
                                                215.561.1500 (office)
                                                215.827.5390 (facsimile)
                                                plevan@levanlawgroup.com

                                                *Counsel for Non-Party Movants*
                                                *Errol B. Taylor and Fredrick M. Zullow*